UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32586 |
|---|---|
| JOANNE JONES | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004778**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JOANNE JONES<br>PO BOX 2774<br>SOUTH BEND, IN  46680 | 4.01 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/10/2010

Certificate of Service                06-32586

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JOANNE JONES<br>PO BOX 2774<br>SOUTH BEND, IN  46680 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (28.1n)<br>CHASE AUTO FINANCE<br>201 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| (31.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 35480<br>NEWARK, NJ  07193 | (32.1n)<br>WORLD FINANCIAL NETWORK NATL<br>% WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE, WA  98121 | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                     bl